# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 15-CV-23127-COOKE/TORRES

Plaintiff:
**JONATHAN KEMPSKI**

vs.

Defendant:
**ANAUEL CATERING CORP. d/b/a TABLE TEN 09, a Florida for Porfit Corporation, and DODEL DRUCKMANN, an individual**

For:
Lowell J. Kuvin, Esq.
LOWELL J. KUVIN, LLC.
17 E. Flagler St
Suite #223
Miami, FL  33131

Received by Metro Process Service, Inc. on the 25th day of August, 2015 at 9:00 am to be served on **ANAUEL CATERING CORP. d/b/a TABLE TEN 09 c/o DODEL DRUCKMANN, Registered Agent, 20281 EAST COUNTRY CLUB DRIVE, #2407, AVENTURA, FL 33180**.

I, Jesus Guerra, do hereby affirm that on the **30th day of September, 2015** at **12:00 pm, I:**

served the within named corporation a true copy of the **Summons In A Civil Action and Complaint (Demand for Jury Trial)** with the date and hour of service endorsed thereon by me to **ORLANDO "DOE" (REFUSED TO PROVIDE LAST NAME)** as **PERSON IN CHARGE** at the address of **1009 KANE CONCOURSE, BAY HARBOR ISLANDS, FL 33154** or any employee of defendant corporation in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendant corporation does not keep a registered agent present or a sign posted in the office in some conspicuous place designating the name of the corporation ANAUEL CATERING CORP. d/b/a TABLE TEN 09 c/o DODEL DRUCKMANN, Registered Agent and the name of it's registered agent on whom process may be served as required by Florida Statute, Section 48.091.

**Additional Information pertaining to this Service:**
1ST ADDRESS - Attempted service at 20281 EAST COUNTRY CLUB DRIVE, #2407, AVENTURA, FL  33180, no response at door no movement / building security (Edison) whom I've known for a long time from previous services states Druckmann family currently out of town they've been gone approximately one week return date unknown.

2ND ADDRESS - LOCATED AND SERVED AT THE ALTERNATE ADDRESS PROVIDED, 1009 KANE CONCOURSE, BAY HARBOR ISLANDS, FL 33154 (PRINCIPAL PLACE OF BUSINESS) WHERE I SERVED THE PERSON IN CHARGE ACCORDING TO CLIENT'S INSTRUCTIONS.

**Description** of Person Served:  Age: 60,  Sex: M,  Race/Skin Color: WHITE,  Height: 6'1",  Weight: 220,  Hair: GREY,  Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am authorized, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true.

Jesus Guerra
C.P.S #935

Metro Process Service, Inc.
19 West Flagler Street
Suite #418
Miami, FL 33130
(305) 374-7387
Our Job Serial Number: MPS-2015003383

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JONATHAN KEMPSKI,<br><br>*Plaintiff(s)*<br><br>v.<br><br>ANAUEL CATERING CORP. d/b/a<br>Table Ten 09, a Florida for Profit Corporation, and<br>DODEL DRUCKMANN, an individual,<br><br>*Defendant(s)* | Civil Action No. 15-CV-23127-Cooke/Torres |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANAUEL CATERING CORP. d/b/a
Table Ten 09
c/o DODEL DRUCKMANN, Registered Agent
20281 EAST COUNTRY CLUB DRIVE, #2407
AVENTURA, FL 33180

1009 KANE CONCOURSE
BAY HARBOR ISLANDS, FL 33154
(305) 861-8166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lowell J. Kuvin, Esq.
The Law Office of Lowell J. Kuvin, LLC
17 East Flagler, Street, Suite 223
Miami, Florida 33131
Tel: 305.358.6800
Fax: 305358.6808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: August 21, 2015

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

