IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| JONATHAN KEMPSKI | , PLAINTIFF |
| VS. | CASE NO. 15-CV-23127-COOKE/TORRES |
| ANAUEL CATERING CORP. AND DODEL DRUCKMANN | |
| | , DEFENDANT(S) |
| REGIONS BANK, GARNISHEE | |
| _____/ | |

FILED BY _____ D.C.
APR 14 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ANSWER OF GARNISHEE, REGIONS BANK, TO WRIT OF GARNISHMENT

COMES NOW, Garnishee, Regions Bank ("Regions"), and answers the Writ of Garnishment served herein on it and says:

1. At the time of service of said Writ (plus sufficient time not to exceed one business day for Regions to act expeditiously on the Writ) and at the time of this Answer, and in between said times, excluding any "protected amount" as defined in Title 31, Subtitle B, Chapter II, Subchapter A, Part 212, Code of federal regulations, if any, Regions may be indebted to Defendant(s), **ANAUEL CATERING CORP AND DODEL DRUCKMANN**, by virtue of an account(s) as reflected in Exhibit "A" attached hereto and Regions in good faith has retained the sum(s) as reflected in **"Exhibit A"** in accordance with Chapter 77, and primarily Section 77.06(2) and (3), Florida Statutes.

2. Under Regions Account Agreement with its customer, Regions has a contractual right of setoff and a security interest in its customer's accounts for Legal Process, including garnishments, and it hereby claims this right as an Affirmative Defense, including but not limited to all negative balances in account(s), all outstanding loans, overdrafts, charge-offs, and other amounts due to REGIONS.

3. Regions has no other deposit, account or tangible or intangible personal property of Defendant(s) in its possession or control at the time of service of said Writ and at the time of this Answer, and in between said times, and knows of no other person indebted to the Defendant(s) or who may have any of the effects of the Defendant(s).

4. Except as provided in Exhibit "A", Regions has no obligations to make, and has not made a factual determination as to whether any property of the Defendant(s) in its possession or control is subject to any exemption provided to the Defendant(s) by State or Federal law.

5. These responses are based upon a search of data contained in Regions centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor or accounts.

Form V.5B.06.12.15 – Florida (US Court)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U. S. Mail this 11 day of APRIL, 2016.

Regions Bank
PO Box 830590
Birmingham, AL 35283-0590

*Alethia Aikins-Addo*
ALETHIA AIKINS-ADDO
(*Authorized Employee of Regions Bank*)

**Exhibit "A"**

| Name & Address on Account(s) | Account Number(s) | Type | Balance Retained |
|---|---|---|---|
| ANAUEL CATERING CORP<br>1009 KANE CONCOURSE<br>BAY HARBOR ISLAND, FL 33154 | Account(s) Closed | | |
| DODEL DRUCKMANN<br>APT 2407<br>20281 E COUNTRY CLUB DR<br>AVENTURA FL, 33180-3034 | XXXXXXX621 | Checking | 933.84 |

Form V.5B.06.12.15 – Florida (US Court)